IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CAMILLE FITZSIMMONDS,

    Plaintiff,

v.

AMERICAN MORTGAGE
INVESTMENT PARTNERS
MANAGEMENT, LLC,

    Defendant.

CIVIL ACTION FILE NO.

1:19-cv-4355-MLB

## **ORDER**

This case is presently before the undersigned only for a determination of Plaintiff Camille Fitzsimmonds's eligibility for *in forma pauperis* status. Having reviewed Fitzsimmonds's application, [Doc. 1], I find that she meets the financial requirements for IFP status, and **GRANT** the request to proceed IFP pursuant to 28 U.S.C. § 1915(a). This case is a wrongful foreclosure action that seeks an emergency temporary restraining order and other injunctive relief to halt dispossessory proceedings. [*See* Doc. 1-1.] Based upon Fitzsimmonds's request for injunctive relief, the matter is not automatically referred to a Magistrate Judge

for resolution. Accordingly, I defer to the District Judge any determination as to whether the filing is frivolous, including whether this Court has subject matter jurisdiction, and ought to be dismissed under 28 U.S.C. § 1915(e)(2)(B), along with any instructions to the parties regarding service and case management.

IT IS SO ORDERED this 27th day of September, 2019.

_____
JOHN K. LARKINS III
United States Magistrate Judge